JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff, ) | NO. CR04-5193RBL |
| ) | |
| vs. ) | ORDER ALLOWING WITHDRAWAL |
| ) | AND SUBSTITUTION OF APPOINTED |
| WILLIAM EMORY McDOWELL, ) | COUNSEL FOR APPEAL |
| ) | |
|    Defendant. ) | |

     THIS MATTER having come on regularly before the above-entitled Court on the Defendant's Motion or Withdrawal of Counsel and substitution of appointed counsel for appeal. The Court having

Order Allowing Withdrawal, etc. -1

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL:  TomC55@nventure.com

reviewed the motion and supporting material, the files and records of this proceeding and being in all respects fully advised, now, therefore, it is hereby

ORDERED that the Defendant's Motion is GRANTED.  THOMAS A. CENA, JR., is hereby allowed to withdraw as counsel of record, effective immediately.  The CJA Administrator is directed to locate counsel for Defendant on appeal.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record.

IT IS SO ORDERED this 22nd day of September, 2005.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT

Order Allowing Withdrawal, etc. -2

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL:  TomC55@nventure.com