THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR04-5193-RBL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | DEFENDANT MCDOWELL'S MOTION TO |
| | ) | SEAL COUNSEL'S <u>EX</u> <u>PARTE</u> MOTION FOR |
| WILLIAM EMORY MCDOWELL, | ) | LEAVE TO WITHDRAW AS COUNSEL FOR |
| | ) | DEFENDANT MCDOWELL |
| Defendant. | ) | |
| | ) | |

The Court having considered the defendant's Motion to Seal Counsel's Ex Parte Motion For Leave to Withdraw as Counsel for Defendant McDowell, hereby GRANTS the motion and ORDERS that the Motion shall remain under seal and that any record of proceedings of any hearing shall also be filed under seal.

DATED this 30th day of April, 2007.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO SEAL PLEADING,
CASE NO. CR04-5193-RBL -- 1